UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO. 6:09-cr-111-JA-RMN

WALLACE ALLEN
_____

**ORDER**

Before the Court is Defendant Wallace Allen's motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). (Doc. 168). Allen seeks a sentence reduction under Amendment 821 to the Sentencing Guidelines, which applies to certain zero-point offenders and limits the use of status points. *See United States v. Arroyo-Mata*, 730 F. Supp. 3d 1323, 1323 (N.D. Ga. 2024) (stating that Amendment 821 "provides a two-offense level reduction for defendants with zero criminal history points"); *see also United States v. Vente-Orobio*, No. 19-20042-CR, 2024 WL 1016110, at *2 (S.D. Fla. Mar. 8, 2024).

The Federal Public Defender, who was appointed for this proceeding, submits a memorandum (Doc. 173), detailing that although Allen was assessed status points, he is ineligible for a sentence reduction because under Amendment 821, his "Criminal History Category remains the same." (*Id.* at 3).

Indeed, Allen's Criminal History Category of VI was "established by the Career Offender provisions found at U.S.S.G. § 4B1.1" and does not change under Amendment 821. (Doc. 171 at 2). Because Allen's Criminal History Category is unchanged, Amendment 821 "does not have the effect of . . . lowering [his] applicable guideline range, and thus [he] is not covered by U.S.S.G. § 1B1.10(a)(2)(B) and 18 U.S.C. § 3582(c)(2)." (Doc. 171 at 2); *see United States v. Cecili*, No. 17-20673-CR, 2024 WL 36138, at *2 (S.D. Fla. Jan. 3, 2024) (finding that because Amendment 821's status point adjustment did not change a defendant's criminal history category, his guideline range was the same, and thus he was "ineligible for a sentence reduction").

Thus, Allen's motion for a sentence reduction (Doc. 168) is **denied**.

**DONE** and **ORDERED** on September 24, 2025.

                                                                                  _____
                                                                                  JOHN ANTOON II
                                                                                  United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
Wallace Allen
Counsel for Defendant